AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| VALERIE MAERTZ<br>*Plaintiff(s)*<br>v.<br>SUBWAY OF NEW, LLC<br>CHAD GRIFFITH<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-1870 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Subway of New, LLC
c/o

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Larry A. Johnson and Connor Clegg
Hawks Quindel, S.C.
5150 N. Port Washington Rd., Suite 243
Milwaukee, WI 53217-5470

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*LINDA M. KLEMM, CLERK OF COURT*

Date: 10/8/2026

Jennifer Mariucci
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

Civil Action No. 1:26-cv-1870

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons and the attached complaint for *(name of individual and title, if any):* ______________________________

were received by me on *(date)* ______________.

☐ I personally served the summons and the attached complaint on the individual at *(place):* ______________________________

______________________________ on *(date)* ______________ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

______________________________, a person of suitable age and discretion who resides there,

on *(date)* ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* ______________________________

who is designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________________ ; or

☐ Other *(specify):* ______________________________

______________________________.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

VALERIE MAERTZ

*Plaintiff(s)*

v.

SUBWAY OF NEW, LLC
CHAD GRIFFITH

*Defendant(s)*

Civil Action No. 1:26-cv-1870

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chad Griffith
530 S. 14th Street
Sheboygan, WI 53081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Larry A. Johnson and Connor Clegg
Hawks Quindel, S.C.
5150 N. Port Washington Rd., Suite 243
Milwaukee, WI 53217-5470

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*LINDA M. KLEMM, CLERK OF COURT*

Date: 10/8/2026

Jennifer Mariucci

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN

Civil Action No. 1:26-cv-1870

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons and the attached complaint for *(name of individual and title, if any):* ____________________

were received by me on *(date)* ________________ .

☐ I personally served the summons and the attached complaint on the individual at *(place):* ____________________ on *(date)* ____________ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* ________________ who is designated by law to accept service of process on behalf of *(name of organization)* ________________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ____________________ ; or

☐ Other *(specify):* ____________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc.: